IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br>        Plaintiff(s) | Case No. 3:10cr411-02 |
| -vs- | ORDER |
| Blanche V. Triplett | Judge David A. Katz |
|         Defendant. | |

      This is a criminal case which was referred to United States Magistrate Judge James R. Knepp,II for the taking, on consent of the parties, of a plea of guilty. The Magistrate Judge has filed his Report & Recommendations; no objection has been filed.

      Having determined that the Magistrate Judge satisfied all requirements of Fed.R.Crim. P. 11 and the United States Constitution: she correctly found the defendant to be competent, aware of the charge and consequences of conviction and her rights and waiver thereof. The Magistrate also correctly found that the defendant had consented to proceed before the Magistrate Judge and tendered her plea of guilty knowingly, intelligently and voluntarily. Finally, the Magistrate Judge also correctly found that there was an adequate factual basis for the plea.

      On de novo review of the record and Report & Recommendation, I accept and adopt the Magistrate Judge's findings, and conclude that the defendant's plea of guilty conforms to all applicable provisions of Rule 11 and the Constitution.

      In light of those findings and that conclusion, it is hereby

      ORDERED THAT the defendant's plea of guilty is accepted and a finding of guilty shall be entered.

                                          IT IS SO ORDERED.

                                          s/ DAVID A. KATZ     9/22/2011

                                          _____

                                          DAVID A. KATZ
                                          U S. District Judge